UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY KENJI WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS DILLARD and PERYNA ELIZABETH WASHINGTON DILLARD,<br><br>Defendants. | No. 1:22-cv-01053-JLT-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION**<br><br>(Doc. 3) |

On August 24, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for lack of subject matter jurisdiction without leave to amend. (Doc. 3.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

///

///

///

///

1

Accordingly,

1. The findings and recommendations issued on August 24, 2022 (Doc. 3) are **ADOPTED IN FULL**/
2. This action is **DISMISSED** for lack of subject matter jurisdiction without leave to amend.
3. The Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 26, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE